# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 22, 2026

Lyle W. Cayce
Clerk

No. 25-60108

Exxon Mobil Corporation,

*Petitioner*,

*versus*

Occupational Safety and Health Review Commission;
Keith Sonderling, *Acting Secretary, U.S. Department of Labor*,

*Respondents*.

Petition for Review from an Order of the
Occupational Safety & Health Review Commission
Agency No. 22-0809

ON PETITION FOR REHEARING

Before Elrod, *Chief Judge*, and Smith and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.